UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Adam E. Ward, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Ortho-McNeil Pharmaceutical, | ) | |
| Janssen Pharmaceutica, Alex Gorsky, and | ) | 5:14-CV-120-BO |
| Johnson and Johnson Company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment [DE 72] and motion to seal [DE 74] are GRANTED. Defendant's motion to strike [DE 86] is DENIED AS MOOT. Plaintiff's motions [DE 63, 64, 78, 90] are DENIED.

This case is closed.

**This judgment filed and entered on July 7, 2015, and served on:**

Adam E. Ward (via US Mail at Pasquotank Correctional Institution, 527 Commerce Drive,
             Elizabeth City, NC 27906)
Zoha Barkeshli  (via CM/ECF Notice of Electronic Filing)
Caroline Batchelor McLean (via CM/ECF Notice of Electronic Filing)
Jenna F. Butler (via CM/ECF Notice of Electronic Filing)

July 7, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk